UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:17-cv-914-J-34JRK

DENEANE CAMPBELL, as Personal
Representative of the Estate of K.A., Deceased,

    Plaintiff,

v.

THE CITY OF JACKSONVILLE, MIKE WILLIAMS,
individually and his Official Capacity as Sheriff of the
Consolidated City of Jacksonville and Duval County,
and J.C. NOBLES,

    Defendant.

_____/

## PLAINTIFF'S RESPONSE TO MOTION TO SHOW CAUSE AND MEMORANDUM OF LAW

Plaintiff, pursuant to the Court's Order directing the Plaintiff to show cause why a certificate of interested persons was not timely filed, would state as follows:

1. The Certificate of Interested Persons was timely prepared but, due to a failure in communication on the part of undersigned counsel with his staff, was not timely filed. The undersigned should have realized this error or had in place a better system to ensure such error did not occur.

2. The failure to file the required Certificate was not related in any way to an attempt to cause delay in these proceedings.

3. Plaintiff filed the Certificate on May 3, 2018.

4. The Defendant was not prejudiced by the failure to timely file the required Certificate.

5. Rule 6(b) of the Fed. R. Civ. Pro. provides that "when by these rules or…by order of court an act is required or allowed to be done at or within a specified time, the court for

cause shown may at any time in in its discretion…(2)…permit the act to be done where the failure to act was the result of excusable neglect…" The failure to timely file the required Certificate within the specified time was the result of excusable neglect in the form of a communication error.

WHEREFORE, the Plaintiff requests the Court accept the late-filed Certificate.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4 day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Stephen J. Powell, Esq.; spowell@coj.net; and R. Anthony Salem, Esq.; asalem@cog.net; Office of the General Counsel; City of Jacksonville.

NICHOLS & PINA, LLLP

BY: /s/ *Theodore S. Pina*

THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
(904) 353-3300 (P) (904) 353-3315 (F)
Attorney for Plaintiff
ted@nicholsandpina.com